United States Courts
Southern District of Texas
**FILED**

OCT 10 2018

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs. | § § | CRIMINAL NO. 17-434S |
| RONNIE GENE PRESLEY, aka Pimpin and PI, and | § § | |
| JAMINE LAKE, aka Fresh, Bubba, and Tony | § § | |
| Defendants | § § | |

## CRIMINAL INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Conspiracy to Commit Sex Trafficking)

From on or about January 1, 2016, through September 14, 2016, in the Southern District of Texas and elsewhere,

**RONNIE GENE PRESLEY, aka Pimpin and PI,
and JAMINE LAKE, aka Fresh, Bubba and Tony,**

conspired and agreed with each other, and others known and unknown to the Grand Jury, to knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize and solicit by any means, and benefited financially and by receiving anything of value, from participation in a venture which recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized and solicited by any means, any persons knowing and in reckless disregard for the fact that means of force, fraud, and coercion would be used to cause these persons to engage in commercial sex acts and that the

1

persons, whom defendants had a reasonable opportunity to observe, had not attained the age of 18 years and that the persons would be caused to engage in commercial sex acts.

**In violation of Title 18, United States Code, Sections 1594(c), 1591(a)(1), (a)(2), (b)(1) and (b)(2).**

## COUNT TWO
(Sex Trafficking)

On or between September 13, 2016, and September 14, 2016, within the Southern District of Texas and elsewhere,

**RONNIE GENE PRESLEY, aka Pimpin and PI,
and JAMINE LAKE, aka Fresh, Bubba and Tony,**

defendants herein, in and affecting interstate and foreign commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized and solicited by any means a person, namely a minor female known as MV1, who was under 18, and benefitted financially and by receiving anything of value from participation in a venture which has engaged in recruiting, enticing, harboring, transporting, providing, obtaining, maintaining, advertising, patronizing and soliciting by any means MV1 knowing and in reckless disregard of the fact that (1) means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause MV1 to engage in a commercial sex act, and that (2) MV1, whom defendants had a reasonable opportunity to observe, had not attained the age of 18 years and would be caused to engage in a commercial sex;

**In violation of Title 18, United States Code, Section 1591(a), (b)(1) and (b)(2) and 2.**

## COUNT THREE
**(Sex Trafficking)**

On or between September 13, 2016, and September 14, 2016, within the Southern District of Texas and elsewhere,

**RONNIE GENE PRESLEY, aka Pimpin and PI,
and JAMINE LAKE, aka Fresh, Bubba and Tony,**

defendants herein, in and affecting interstate and foreign commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized and solicited by any means a person, namely a minor female known as MV2, who was under 18, and benefitted financially and by receiving anything of value from participation in a venture which has engaged in recruiting, enticing, harboring, transporting, providing, obtaining, maintaining, advertising, patronizing and soliciting by any means MV2 knowing and in reckless disregard of the fact that (1) means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause MV2 to engage in a commercial sex act, and that (2) MV2, whom defendants had a reasonable opportunity to observe, had not attained the age of 18 years and would be caused to engage in a commercial sex;

**In violation of Title 18, United States Code, Section 1591(a), (b)(1) and (b)(2) and 2.**

## COUNT FOUR
**(Sex Trafficking)**

On or between January 1, 2016 and September 14, 2016, within the Southern District

3

of Texas and elsewhere,

**RONNIE GENE PRESLEY, aka Pimpin and PI,
and JAMINE LAKE, aka Fresh, Bubba and Tony,**

defendant herein, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized and solicited by any means a person, namely a minor female known as MV3, who was under 18, and benefitted financially and by receiving anything of value from participation in a venture which has engaged in recruiting, enticing, harboring, transporting, providing, obtaining, maintaining, advertising, patronizing and soliciting by any means MV3 knowing and in reckless disregard of the fact that (1) means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause MV3 to engage in a commercial sex act, and that (2) MV3, whom defendants had a reasonable opportunity to observe, had not attained the age of 18 years and would be caused to engage in a commercial sex;

**In violation of Title 18, United States Code, Section 1591(a), (b)(1) and (b)(2) and 2.**

## COUNT FIVE
**(Penalties for Registered Sex Offenders)**

On or between January 1, 2016 and September 14, 2016, within the Southern District of Texas and elsewhere,

**RONNIE GENE PRESLEY, aka Pimpin and PI,**

the defendant, an individual required by Federal or other law to register as a sex offender, committed a felony offense involving a minor under Title 18, United States Code, Section 1591(a), (b)(1) and (b)(2).

4

**All in violation of Title 18, United States Code, Section 2260A.**

## COUNT SIX
### (Penalties for Registered Sex Offenders)

On or between January 1, 2016 and September 14, 2016, within the Southern District of Texas and elsewhere,

**JAMINE LAKE, aka Fresh, Bubba and Tony,**

the defendant, an individual required by Federal or other law to register as a sex offender, committed a felony offense involving a minor under Title 18, United States Code, Section 1591(a), (b)(1) and (b)(2). **All in violation of Title 18, United States Code, Section 2260A.**

## NOTICE OF FORFEITURE
### (18 U.S.C. § 1594(d))

Pursuant to Title 18, United States Code, Section 1594(d), the United States gives notice to defendants,

**RONNIE GENE PRESLEY, aka Pimpin and PI,
and JAMINE LAKE, aka Fresh, Bubba and Tony,**

that in the event of conviction of any of the offenses charged in Counts One through Six of this Indictment, the following property is subject to forfeiture:

(1) all real and personal property that was involved in, used, or intended to be used to commit or to facilitate the commission of such violation and all property traceable to such property; and

(2) all real and personal property constituting or derived from, proceeds obtained, directly or indirectly, as a result of such violation and all property traceable to such property.

## Money Judgment

Defendants are notified that in the event of conviction, a money judgment may be imposed equal to the total value of the property subject to forfeiture.

## Substitute Assets

Defendants are notified in the event that one or more conditions listed in Title 21, United States Code, Section 853(p) exists, the United States will seek to forfeit any other property of the defendants up to the total value of the property subject to forfeiture.

A True Bill:

Original Signature on File

Grand Jury Foreperson

RYAN K. PATRICK
United States Attorney

By: _____
Sherri L. Zack
Assistant United States Attorney
713-567-9374