United States Courts
Southern District of Texas
FILED

FEB 0 1 2019

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 4:17-cr-0434S |
| JAMINE LAKE,<br>    Defendant. | § § § | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE
### Misprision of Felony

On or about August 1, 2016, through September 30, 2016, in the Southern District of Texas and elsewhere, Defendant,

**JAMINE LAKE,**

having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit: Sex Trafficking of Minors in violation of 18 U.S.C. 1591(a), did conceal the same by providing bond money to MV3, whom he had knowledge was under 18, so she could return to prostitution activities for the benefit of RONNIE PRESLEY, concealing that fact knowing she would continue to engage in commercial sex as part of a criminal enterprise, and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States.

**In violation of Title 18, United States Code, Section 4.**

RYAN K. PATRICK
United States Attorney

BY: _____
Sherri L. Zack
Assistant United States Attorney
713-567-9374