# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| __Jamine Lake__ | ) | __17-CR 4345__ |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: __2/19/19__

_Jamine Lake_
Defendant's signature

_[signature]_
Signature of defendant's attorney

_Ali Fazel_
Printed name of defendant's attorney

_[signature]_
Judge's signature

_Christina A. Bryan_
Judge's printed name and title