UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| *Plaintiff* | § | CRIMINAL DOCKET 4:17-CR-434 |
| | § | **HONORABLE ALFRED H. BENNETT** |
| *vs* | § | |
| | § | |
| JAMINE LAKE, et al | § | |
| *Defendant* | § | |

**UNOPPOSED MOTION FOR EXTENSION OF OBJECTION DEADLINE AND CONTINUE SENTENCING**

**TO THE HONORABLE ALFRED H. BENNETT:**

Jamine Lake files this Motion and would show as follows:

1. Lake was charged by superseding indictment with conspiracy to commit sex trafficking and sex trafficking.

2. A superseding Information was filed, and Lake plead guilty to count one of that information – misprision of a felon on March 14, 2019.

3. The Presentence Investigation Report (PSIR) in this matter was disclosed to counsel on April 18, 2019.

4. Objections to the PSIR were due on May 2, 2019.

5. Sentencing in this matter is on the Court's docket for May 23, 2019.

6. Counsel has reviewed the PSIR and met with the Defendant to review the PSIR and guidelines; however, requests an additional 30 days to respond to the PSIR.

7. Counsel has been working diligently to meet deadlines in other cases, *See United States v Brown*, 4:17-CR-567-1 (Federal Death Penalty Act murder for hire conspiracy alleging a second homicide during the expected punishment phase. Counsel has been tasked to prepare an omnibus budget including all anticipated expenses for all necessary experts and staff

1

involved in the case in chief and deal with numerous matters including preparing and presenting mitigation evidence to the Capital Case Unit in Washington, D.C.. The Department of Justice has since decided to seek the death penalty, thereby increasing budgeting and case management aspects of counsel's obligations); *Davis v. Davis*, 4:16-CV-01867 (a capital case involving among other claims, a claim of Intellectual Disability); *Davis v. Harper*, 4:16-CV-00762 (a capital habeas corpus case brought under 28 U.S.C. § 2254 where counsel is responding to the State's 287-page Motion for Summary Judgment.  Counsel's response includes over 30 claims where the issues are fact-intensive and require complex legal analysis.  Counsel just received a short continuance from the May 16th deadline to continue work addressing all claims); *State v. Wilkerson*, 2018-CR-1793 (a sexual assault against a family member case.  Counsel is set to pick a jury in San Antonio on June 17, 2019).

8. Counsel respectfully requests an extension of 30 days to respond to the PSIR.
9. The government is unopposed to this motion.

## PRAYER

In order that counsel may prepare a response to the PSIR, Jamine Lake prays the Court grant a 30-day extension of the deadline to object and continue the sentencing hearing to a date commensurate with the Court's docket.

Respectfully Submitted,

/s/ Ali R. Fazel
Ali R. Fazel
State Bar of Texas:  24012611
4801 Woodway Drive, Suite 165E
Houston, Texas 77056
Telephone: (713) 229-9292
Facsimile:  (713) 229-9931
Attorney for Defendant,
**JAMINE LAKE**

2

## CERTIFICATE OF CONFERENCE

The foregoing motion was discussed with the Assistant United States Attorney assigned to the matter, they are unopposed to the motion to continue the final revocation hearing.

/s/ Ali R. Fazel
Ali R. Fazel

## CERTIFICATE OF SERVICE

Ali R. Fazel certifies that on May 13, 2019, a true and correct copy of this document has been served via ECF notification and electronic mail to:

Sherri Lynn Zack
United States Attorney's Office
Southern District of Texas
1000 Louisiana, Suite 2300
Houston, Texas 77002
713-567-9598
Email: sherri.zack@usdoj.gov
**ATTORNEY FOR THE UNITED STATES**

/s/ Ali R. Fazel
Ali R. Fazel